**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS MEDINA-LARA, *Petitioner*, v. ERIC H. HOLDER, JR., Attorney General, *Respondent*. | No. 13-70491 Agency No. A079-361-360 ORDER |

Filed August 25, 2014

Before:  John T. Noonan, Michael Daly Hawkins, and Morgan Christen, Circuit Judges.

**ORDER**

For reasons to be set forth in a disposition which will follow in due course, we grant Medina-Lara's petition for review because the government did not meet its burden to show that his California convictions constitute predicate offenses for purposes of removability under 8 U.S.C. § 1227(a)(2).  We, therefore, order the United States to release Medina–Lara from custody immediately.

**SO ORDERED.**